UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROCHELLE BURRELL

VERSUS

LABOR READY, INC., ET AL

CIVIL ACTION

NO. 09-227-BAJ-DLD

## RULING

The Court, having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 30, 2012 (doc. 23), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, **IT IS ORDERED** that the motion for summary judgment (doc. 6) filed by Labor Ready Southeast, Inc. is granted and the claims of plaintiff, Rochelle Burrell, against defendant, Labor Ready Southeast, Inc., as well as her claims against the other defendants who were not validly served in this litigation, Labor Ready, Inc., Labor Ready of Louisiana, Inc., Labor Ready Central III, LP, and John Kreis, are dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, April 30, 2012.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA